# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **DEBORAH PARKER,** *et al.*, ) | **CASE NO.  4:07CV2874** |
| ) | |
| **PLAINTIFFS,** ) | **JUDGE PETER C. ECONOMUS** |
| ) | |
| **V.** ) | |
| ) | |
| **TRUMBULL COUNTY BOARD OF** ) | |
| **MENTAL RETARDATION AND** ) | **ORDER** |
| **DEVELOPMENTAL DISABILITIES,** ) | |
| ) | |
| **DEFENDANT.** ) | |
| ) | |

On October 23, 2007, this Court issued an order assigning this case to Magistrate Judge George J. Limbert for general pre-trial supervision (Dkt. # 8).  On April 9, 2008, the Magistrate issued a Report and Recommendation that the Court GRANT Defendant's motion to dismiss and DISMISS the instant case WITHOUT PREJUDICE. (Dkt. # 23).

FED. R. CIV.P. 72(b) provides that objections to a report and recommendation must be filed within ten (10) days after service, but Plaintiff has failed to timely file any such objections.  Therefore, the Court must assume that Plaintiff is satisfied with the Magistrate Judge's recommendation.  Any further review by this Court would be a duplicative and an inefficient use of the Court's limited resources.  Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); Howard v. Secretary of Health

and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir.1981).

Therefore, the Report and Recommendation of Magistrate Judge Limbert (Dkt. # 23) is hereby **ADOPTED**, and the instant case is **DISMISSED without PREJUDICE**.

**IT IS SO ORDERED**.

**/s/ Peter C. Economus - April 28, 2008**
**PETER C. ECONOMUS**
**UNITED STATES DISTRICT JUDGE**